UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEONARD TREMAN,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CREDIT SYSTEMS, INCORPORATED,<br><br>Defendant. | 2:21-CV-11954-TGB<br><br>NOTICE TO APPEAR FOR CASE MANAGEMENT AND SCHEDULING CONFERENCE<br><br>HONORABLE<br>TERRENCE G. BERG |

**YOU ARE ORDERED TO APPEAR BY TELEPHONE ON Friday, November 19, 2021 at 2:00 p.m.** for a Case Management Status and Scheduling Conference. Counsel for Plaintiff shall initiate the call and include the Court when all parties are present by dialing (313) 234-2640.

Counsel shall comply with Fed. R. Civ. Proc. Rule 26(f) and submit to the Court a joint discovery plan **no later than one business day before the conference.** In addition to the contents required under Rule 26(f), the joint discovery plan shall contain a case summary that:

- Summarizes the background of the action, the principal

factual and legal issues for both sides, and the relief sought by the plaintiff(s);

- Outlines the proposed discovery and proposes an appropriate management plan, including a schedule setting discovery cut-off and trial dates; and

- Describes any outstanding or anticipated discovery disputes, the bases for any objections, and any anticipated motions, including dispositive motions;

The proposed discovery plan and case summary <u>shall</u> be filed with the Court.

Please be prepared to discuss the following at the Scheduling Conference:

i. The issues and narrowing the issues;
ii. Subject matter jurisdiction;
iii. Relationship to other cases;
iv. Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;
v. Settlement, including alternative dispute resolution;
vi. Progress of discovery (counsel are instructed to commence significant discovery prior to the conference);
vii. Issues which may appropriately be resolved by motion; and
viii. Estimated trial length.

Counsel are directed to discuss case evaluation (formerly "mediation") with their clients, and the prospect of obtaining authority

to stipulate to be bound by the provisions of Mich. Ct. R. 2.403, including the section dealing with sanctions.

SO ORDERED.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge